Opinion issued March 20, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01161-CV

____________


KELLY OWEN, DEE ANN HANEY, DIANE ENRIQUEZ, VERNON PAT, AND
SHERRY WHITEHEAD, Appellants


V.


ASPECT MANAGEMENT CORP., ASPECT RESOURCES L.L.C., VERITAS
DGC LAND INC., NOBLE AFFILIATES, INC., NOBLE DRILLING CORP., AND
SAMEDAN OIL CORP., Appellees






On Appeal from the 269th District Court

Harris County, Texas

Trial Court Cause No. 2001-37334






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss this appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Higley.